HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTH SEATTLE HEALTH CENTER CORP, a Washington Corporation<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>　　　　　　　　　　　　Defendant. | NO. 2:14-cv-01680<br><br>**ORDER GRANTING ALLSTATE'S MOTION FOR CONTEMPT RE DEBTORS DAEHYUN CHOI AND HYUN JOO KWAN'S REFUSAL TO ATTEND DEPOSITIONS** |
| ALLSTATE INDEMNITY COMPANY, a Foreign Corporation, ALLSTATE INSURANCE COMPANY, a Foreign Corporation, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, a Foreign Corporation, and NORTHBROOK INDEMNITY COMPANY, a Foreign Corporation,<br><br>　　　　　　　Third Party Plaintiffs,<br><br>vs.<br><br>DAEHYUN CHOI and HYUN JOO KWAN, husband and wife, and the marital community composed thereof, BESTWAY CHIROPRACTIC CLINIC CORPORATION, a Washington Corporation, DRDC CORPORATION INC., a Washington Corporation, and GOOD CARE SPINE | |

CLINIC CORPORATION, a Washington Corporation,

            Third Party Defendants.

This matter came before the Court on Debtors' Motion to Strike Depositions. The Court considered the following:

1. Allstate's Motion for Contempt;

2. Declaration of Jenna R. Goltermann, with attached exhibits;

3. Debtors' Response (if any);

4. Allstate's Reply (if any);

5. The pleadings and records previously filed in this action.

IT IS ORDERED that:

A. Allstate's motion is GRANTED in its entirety;

B. The Debtors are found to be in contempt;

C. The Debtors are sanctioned to pay the reasonable attorney fees and costs incurred in bringing this motion;

D. The Debtors are sanctioned to pay the court reporter fees for appearing at the deposition on October 3, 2016;

E. The Clerk of this Court is to issue a Warrant for Contempt of Court (Bench Warrant), directing the Sheriff in the name of the State of Washington to apprehend said Daehyun Choi and bring him forthwith before one of the judges of the Bankruptcy Court for the Western District of Washington charging the said debtor with contempt of court.

F.  The Clerk of this Court is to issue a Warrant for Contempt of Court (Bench Warrant), directing the Sheriff in the name of the State of Washington to apprehend said Hyun Joo Kwan and bring her forthwith before one of the judges of the Bankruptcy Court for the Western District of Washington charging the said debtor with contempt of court.

G.  IT IS FURTHER ORDERED by the court that said Debtor may be let to bail for his/her appearance upon the warrant in the sum of $_____, in which event he/she must present himself/herself to the above Court on the first Friday following apprehension at the hour of 9:00 a.m. on said date to answer said contempt charge and be dealt with in such manner as the court may deem just and proper in the premises, provided however, that the witness shall not be held in custody more than 24 hours if they are unable to post bail.

H.  _____.

DATED this \_\_\_ day of _____, 2017.

_____
Honorable James L. Robart
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*
*/s/ Rory W. Leid, III*
*/s/ Jenna R. Goltermann*
Rory W. Leid, III, WSBA #25075
Jenna R. Goltermann, WSBA # 49935
Attorneys for Defendant
303 Battery Street
Seattle, WA  98121-1419
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com
jgoltermann@cwlhlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH SEATTLE HEALTH CENTER CORP, a Washington Corporation,<br><br>                              Plaintiff,<br><br>   vs.<br><br>                              Defendant.| NO. 2:14-cv-01680<br><br>**BENCH WARRANT FOR DAEHYUN CHOI** |
| ALLSTATE INDEMNITY COMPANY, a Foreign Corporation, ALLSTATE INSURANCE COMPANY, a Foreign Corporation, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, a Foreign Corporation, and NORTHBROOK INDEMNITY COMPANY, a Foreign Corporation,<br><br>                  Third Party Plaintiffs,<br><br>   vs.<br><br>DAEHYUN CHOI and HYUN JOO KWAN, husband and wife, and the marital community composed thereof, BESTWAY CHIROPRACTIC CLINIC CORPORATION, a Washington Corporation, DRDC CORPORATION INC., a Washington Corporation, and GOOD CARE SPINE | |

| | |
|---|---|
| 1 | CLINIC CORPORATION, a Washington Corporation, |
| 2 | Third Party Defendants. |

**BENCH WARRANT**

STATE OF WASHINGTON )
                           ) ss.
COUNTY OF KING       )

THE STATE OF WASHINGTON TO SHERIFF OF KING COUNTY, WASHINGTON:

WHEREAS, the above-entitled court has made and entered an Order of a Bench Warrant for Debtor DAEHYUN CHOI in the above-entitled action, now, therefore,

YOU ARE HEREBY DIRECTED TO APPREHEND SAID PERSON.

_____. Cash bail on this warrant shall be in the amount of $_____.

      WITNESS THE HON. _____

      DATED _____, _____

      CLERK: _____

PROPOSED ORDER FOR MOTION FOR CONTEMPT - 5

**COLE | WATHEN | LEID | HALL, P.C.**
303 Battery Street
Seattle Washington 98121
Phone: 206-622-0494 Fax: 206-587-2476

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH SEATTLE HEALTH CENTER CORP, a Washington Corporation<br><br>                    Plaintiff,<br><br>    vs.<br><br>                    Defendant.<br>_____<br>ALLSTATE INDEMNITY COMPANY, a Foreign Corporation, ALLSTATE INSURANCE COMPANY, a Foreign Corporation, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, a Foreign Corporation, and NORTHBROOK INDEMNITY COMPANY, a Foreign Corporation,<br><br>                    Third Party Plaintiffs,<br>    vs.<br><br>DAEHYUN CHOI and HYUN JOO KWAN, husband and wife, and the marital community composed thereof, BESTWAY CHIROPRACTIC CLINIC CORPORATION, a Washington Corporation, DRDC CORPORATION INC., a Washington Corporation, and GOOD CARE SPINE CLINIC CORPORATION, a Washington Corporation,<br>                    Third Party Defendants. | Bankruptcy No.  03-18387-TTG<br><br>Adversary No. A03-01485<br><br>**BENCH WARRANT FOR HYUN JOO KWAN** |

PROPOSED ORDER FOR MOTION FOR CONTEMPT - 6

COLE | WATHEN | LEID | HALL, P.C.
303 Battery Street
Seattle Washington 98121
Phone: 206-622-0494 Fax: 206-587-2476

**BENCH WARRANT**

STATE OF WASHINGTON )
                    ) ss.
COUNTY OF KING      )

THE STATE OF WASHINGTON TO SHERIFF OF SNOHOMISH COUNTY, WASHINGTON:

WHEREAS, the above-entitled court has made and entered an Order of a Bench Warrant for Debtor HYUN JOO KWAN in the above-entitled action, now, therefore,

YOU ARE HEREBY DIRECTED TO APPREHEND SAID PERSON.

_____. Cash bail on this warrant shall be in the amount of $_____.

      WITNESS THE HON. _____

      DATED _____, _____

      CLERK: _____

///End of Order///

Presented by:

**COLE | WATHEN | LEID | HALL, P.C.**

*/s/ Rory W. Leid, III*
*/s/ Jenna R. Goltermann*
_____
Rory W. Leid, III, WSBA #25075
Jenna R. Goltermann, WSBA # 49935
Attorneys for Defendant

Case 2:14-cv-01680-JLR   Document 66-1   Filed 12/28/16   Page 8 of 9

PROPOSED ORDER FOR MOTION FOR CONTEMPT - 8

**COLE | WATHEN | LEID | HALL, P.C.**
303 Battery Street
Seattle Washington 98121
Phone: 206-622-0494 Fax: 206-587-2476

# CERTIFICATE OF SERVICE

The undersigned makes the following declaration certified to be true under penalty of perjury pursuant to RCW 9A.72.085:

On the date given below, I hereby certify that I caused the foregoing to be filed using the United States District Court for Western District of Washington – Document Filing System (CM/ECF) and a true and correct copy to be served on the following in the manner indicated:

| | |
|---|---|
| Daehyun Choi and Hyun Joo Kwan<br>North Seattle Health Center<br>4629 168th St. SW #B<br>Lynnwood, WA 98037 | VIA LEGAL PROCESS SERVICE |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 28th day of December, 2016, at Seattle, Washington.

*/s/ Kathleen M. Forgette*

Kathleen M. Forgette, Legal Assistant
kforgette@cwlhlaw.com