UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH SEATTLE HEALTH CENTER CORPORATION,<br><br>               Plaintiff,<br><br>     v.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>               Defendant. | CASE NO. C14-1680JLR<br><br><br>ORDER RESCHEDULING THE MAY 1, 2017, SHOW CAUSE HEARING TO MAY 18, 2017 AND DIRECTING SERVICE |
| ALLSTATE INDEMNITY COMPANY, et al.,<br><br>               Third-Party Plaintiffs,<br><br>     v.<br><br>DAEHYUN CHOI, et al.,<br><br>               Third-Party Defendants. | |

//

//

On April 11, 2017, the court ordered Third-Party Defendants Daehyun Choi and Hyun Joo Kwan to show cause why the court should not hold them in civil contempt for failing to comply with the subpoenas that Defendant Allstate Fire and Casualty Insurance Company and Third-Party Plaintiffs Allstate Indemnity Company, Allstate Insurance Company, and Allstate Property and Casualty Insurance Company (collectively, "Allstate") served upon them and for failing to appear at their October 3, 2016, depositions. (*See* OSC (Dkt. # 72) at 7-10, 12.) The court also set a hearing on Monday, May 1, 2017 at 3:00 p.m., at which the time the parties would be permitted to present testimony or other evidence relevant to the court's consideration of civil contempt. (*Id.* at 12.) Due to circumstances outside of the court's control, the court finds it necessary to reschedule the hearing. Accordingly, the court reschedules the May 1, 2017, hearing for May 18, 2017, at 3:00 p.m. The court apologizes to the parties for this unavoidable inconvenience.

The court ORDERS Allstate to provide Mr. Choi and Ms. Kwan with notice that the May 1, 2017, hearing has been rescheduled to May 18, 2017, at 3:00 p.m. Allstate must provide such notice by serving Mr. Choi and Ms. Kwan with a copy of this order in a manner that is consistent with the directives concerning service contained in the court's April 11, 2017, order.[1] (*See* OSC at 9 (describing the required service and citing Fed. R. Civ. P. 45(b)).) Finally, the court ORDERS Mr. Choi and Ms. Kwan to personally

//

---

[1] Allstate must personally serve Mr. Choi and Ms. Kwan with a copy of this order as soon as practicable but not later than Saturday, April 29, 2017, and Allstate must file proof of service on the court's docket.

appear at the May 18, 2017, hearing and show cause why the court should not should not hold them in civil contempt for failing to comply with the subpoenas that Allstate served upon them and for failing to attend their October 3, 2016, depositions.  (*See* OSC at 7-10.)

Dated this 25th day of April, 2017.

_____
JAMES L. ROBART
United States District Judge