UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH SEATTLE HEALTH CENTER CORPORATION,<br><br>    Plaintiff,<br> v.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. C14-1680JLR<br><br>CIVIL CONTEMPT ARREST WARRANT |
| ALLSTATE INDEMNITY COMPANY, et al.,<br><br>    Third-Party Plaintiffs,<br> v.<br><br>DAEHYUN CHOI, et al.,<br><br>    Third-Party Defendants. | |

//
//

ORDER - 1

To: Any authorized law enforcement officer:

You are COMMANDED to arrest and bring before this court without unnecessary delay DAEHYUN CHOI, who the court found to be in civil contempt based on the court's May 18, 2017, order in the above entitled matter (Dkt. # 86). After his arrest, DAEHYUN CHOI shall be brought immediately before this court to address his civil contempt. If the court is not immediately available to conduct a contempt hearing following Mr. Choi's arrest, Mr. Choi shall be incarcerated until such time as the court can conduct a civil contempt hearing.

Dated this 19th day of May, 2017.

_____
JAMES L. ROBART
United States District Judge

City and state: Seattle, Washington

**RETURN**

This civil contempt arrest warrant was received on (date) _____, and the person was arrested on (date) _____ at (city and state) _____.

Date: _____     _____
                                   Arresting officer's signature

                                   _____
                                   Printed name and title

ORDER - 2